UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

RXCROSSROADS 3PL LLC,                                                    Plaintiff,

v.                                    Civil Action No. 3:25-cv-107-DJH-CHL

TODD ELLIOTT and BIO PHARMA
LOGISTICS, LLC,                                              Defendants.

\* \* \* \* \*

### ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 31), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     The evidentiary hearing, currently set for June 13, 2025 (D.N. 30), is **CANCELED** and **REMANDED** from the Court's docket.

(2)     This action is **DISMISSED** without prejudice. RxCrossroads's motion for a preliminary injunction (D.N. 3) is **DENIED** as moot. (*See also* D.N. 13) The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days of entry of this Order in the event the settlement is not consummated.

June 9, 2025

*[signature]*

David J. Hale, Judge
United States District Court

1